Edward J. Maney, Trustee, Bar # 12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| BRIAN MATTHEW BUZARD | ) | Case No. 08-12992-PHX-CGC |
| TRISHA LYNN BUZARD | ) | |
| | ) | ORDER ON TRUSTEE'S OBJECTION |
| | ) | TO CLAIM NO. 14 |
| | ) | |
| _____Debtor (s)_____ ) | | |

Edward J. Maney, the Trustee of the above-captioned estate, having objected to the

referenced claim, and after due notice by mail to the claimant, and the claimant having failed to respond,

or after a hearing on the claimant's response, and good cause appearing:

IT IS ORDERED THAT:

The Trustee's objection is sustained and the following claim is disallowed in total:

No:      14
Name:   Wells Fargo Operations Center
Address: P.O. Box 31557 MAC B6955-O1B

        Billings,MT 59107-
Acct No:  172577747

Dated: _____

                                    _____
                                    U.S. Bankruptcy Judge

CERTIFICATE OF MAILING FOR CASE NO. 08-12992


Copies of the foregoing mailed (see electronic signature below) to the following:


Harvey B. Platt, Esq.
Platt and Westby, P.C.
2916 N. Seventh Ave., Ste. 100
Phoenix, AZ  85013-
Attorney for Debtor

BRIAN MATTHEW BUZARD
14912 N. 183 RD. DR.
SURPRISE, AZ  85338
Debtor

TRISHA LYNN BUZARD
Co-Debtor

Wells Fargo Operations Center
P.O. Box 31557 MAC B6955-O1B
Billings MT  59107-
Creditor


By: _____